COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

 

                                        NO.
2-06-246-CV

 

 

PHILIP P. ANDERSON                                                           APPELLANT

 

                                                   V.

 

LADONNA J. ANDERSON                                                        APPELLEE

 

                                              ------------

 

          FROM
COUNTY COURT AT LAW NO. 2 OF WICHITA COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








Appellant Philip P. Anderson
appeals from the trial court=s interlocutory order denying his objection to the trial court=s prior order allowing Appellant=s trial counsel to withdraw.  On
July 19, 2006, we sent Appellant a letter stating our concern that we may have
no jurisdiction over this appeal because the order does not appear to be an
appealable order.[2]  We indicated that this court could dismiss
this appeal if we did not receive a response showing grounds for continuing the
appeal by July 31, 2006.  While we did
receive a response from Appellant, it does not show grounds for continuing the
appeal.

Accordingly, because the
order is neither a final judgment nor an appealable interlocutory order, we
dismiss this appeal for want of jurisdiction.[3]

 

PER CURIAM

PANEL D:   DAUPHINOT, HOLMAN, and
GARDNER, JJ.

DELIVERED: 
August 17, 2006

 











[1]See Tex. R.
App. P. 47.4.





[2]See Tex. Civ.
Prac. & Rem. Code Ann. 51.014(a) (Vernon Supp. 2005) (listing appealable interlocutory orders);
Lehmann v. Har‑Con Corp., 39 S.W.3d 191, 195 (Tex. 2001)
(providing general rule that an appeal may be taken only from a final
judgment).





[3]See Tex.
R. App. P. 42.3(a), 43.2(f).